JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA DE LEON,<br><br>  Plaintiff,<br><br>  v.<br><br>EMC MORTGAGE CORPORATION; PLATINUM CAPITAL GROUP, a California Corporation; QUALITYLOAN SERVICE CORP., a California Corporation; Does 1 through 50, inclusive,<br><br>  Defendants. | Case No. EDCV 09-0075-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 10, 2009

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
United States District Judge